# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                                             NO.  4:08CR00327 SWW

GABRIEL WESLEY


### ORDER

Before the Court is defense counsel's motion to withdraw as appointed counsel for defendant stating that a conflict has arisen in this matter and the Federal Public Defender is no longer able to represent this defendant. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that counsel's motion to withdraw [doc #17] is **granted**, and Kim Driggers hereby is relieved as appointed counsel for defendant and is relieved from any further responsibility in this cause.

IT IS FURTHER ORDERED that the matter of appointment of counsel to represent defendant Gabriel Wesley in all further proceedings herein hereby is referred to Magistrate Judge Henry L. Jones, Jr.

IT IS SO ORDERED this 1st day of December 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE