IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                          No. 4:08CR00327 SWW

GABRIEL WESLEY

FINAL ORDER OF FORFEITURE

WHEREAS, on July 31, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

> **A. A Rossi, .32 caliber pistol, serial number 108915 (and ammunition);**
> **B. A Davis Industries, .380 caliber pistol, serial number AP161831(and ammunition);**
> **C. Six (6) rounds of S&V (Sellier and Vellot) 7.65 caliber ammunition**
> **D. Fourteen (14) rounds of Remington .38 caliber ammunition**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on August 5, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and  Title 28 U.S.C. § 2461.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**A.  A Rossi, .32 caliber pistol, serial number 108915 (and ammunition);**
**B.  A Davis Industries, .380 caliber pistol, serial number AP161831(and ammunition);**
**C.  Six (6) rounds of S&V (Sellier and Vellot) 7.65 caliber ammunition**
**D.  Fourteen (14) rounds of Remington .38 caliber ammunition**

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C. § 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and interest in all of the  property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 5th day of November, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE