# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gabriel Wesley  Case Number: 4:08CR00327 SWW

Name of Sentencing Judicial Officer: Honorable Susan Webber Wright
United States District Judge

Offense: Felon in Possession of a Firearm

Date of Sentence: October 15, 2009

Sentence: 30 months BOP, 3 years supervised release, mandatory drug testing, substance abuse treatment, mental health counseling, defendant shall serve 4 months in a residential re-entry facility, DNA, and $100 special penalty assessment.

On January 4, 2010, the defendant's sentence was reduced pursuant to Rule 35, Federal Rules of Criminal Procedure, to 22 months Bureau of Prisons.

Type of Supervision: Supervised release  Date Supervision Commenced: August 17, 2011
Expiration Date: August 16, 2014

Asst. U.S. Attorney: Michael Gordan  Defense Attorney: Kim Driggers

U.S. Probation Officer: Jason Stewart
Phone No.: 501-604-5244

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall perform 100 hours of community service whithin one year. The location for the community service will be determined by the probation officer.**

**The defendant shall participate in Moral Reconation Therapy as directed by the U.S. Probation Office.**

## CAUSE

Mr. Wesley failed to complete residential re-entry placement as ordered at sentencing. He was released from residential re-entry via program failure after completing 98 days, failing to complete the remaining

Case 4:08-cr-00327-SWW   Document 58   Filed 01/25/12   Page 2 of 4

Prob 12B
-2-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Gabriel Wesley				Case Number: 4:08CR00327 SWW

22 days. In response to Mr. Wesley's noncompliance, he has agreed to the proposed modification of supervision conditions. Federal Public Defender Kim Driggers has no objection and has consulted Mr. Wesley regarding the proposed modification.

_____		_____
Jason Stewart					Michael Gordan
U.S. Probation Officer				Assistant U.S. Attorney

Date:  1-18-12					Date:  1/20/12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

1-25-12
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

JBS/kyj

Prob 12B    Case 4:08-cr-00327-SWW   Document 58   Filed 01/25/12   Page 3 of 4

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Gabriel Wesley                                    Case Number:  4:08CR00327 SWW

c:  Assistant Federal Public Defender, Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Michael Gordan, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall perform 100 hours of community service within one year. The location for the community service will be determined by the probation officer.**

**The defendant shall participate in and complete Moral Reconation Therapy as directed by the U.S. Probation Office.**

Witness: _____  Signed: _____
    U.S. Probation Officer        Probationer or Supervised Releasee

_1-10-12_____
DATE