### *IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

V.                                          NO. 4:08CR00327-001 SWW

GABRIEL WESLEY


### ORDER

Before the Court is the government's petition to revoke defendant's supervised release and a request that a summons be issued for the hearing [doc #61] as to the above-named defendant.

A hearing is scheduled on **THURSDAY, MARCH 14, 2013 AT 2:00 P.M. in Courtroom #389**, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a summons for **Gabriel Wesley**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

IT IS SO ORDERED this 5th day of February 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE