**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                    NO. 4:08CR00327-001  SWW

GABRIEL WESLEY                                                                         DEFENDANT

## ORDER

The above entitled cause came on for hearing June 25, 2014 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #69] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *ELEVEN (11) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas and that defendant participate in non-residential substance abuse treatment. There will be *NO supervised release* to follow the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 25th day of June 2014.

/s/Susan Webber Wright

United States District Judge